| | |
|---|---|
| TAIFUSIN CHIU, | No. 2:23-cv-00094-DAD-KJN |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| FARM FOW SAECHOU, | |
| Defendant. | (Doc. No. 4) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Taifusin Chiu is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because "[t]he complaint is so incoherent that the court cannot discern any plausible facts that support a basis for relief under any legal theory," and thus plaintiff's complaint is frivolous. (Doc. No. 4 at 4–5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

    Accordingly:

1. The findings and recommendations issued on May 17, 2023 (Doc. No. 4) are adopted in full;
2. This action is dismissed as frivolous and due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 20, 2023**

                                                       /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE